IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF O&C COUNTIES,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, UNITED STATES OF AMERICA, KEVIN HAUGRUD, and BUREAU OF LAND MANAGEMENT,<br><br>    Defendants,<br><br>and<br><br>SODA MOUNTAIN WILDERNESS COUNCIL, KLAMATH-SISKIYOU WILDLANDS CENTER, and OREGON WILD,<br><br>    Defendant-Intervenor-Applicants. | Case No. 1:17-cv-0280-RJL |

**NOTICE OF WITHDRAWAL OF PROPOSED DEFENDANT-INTERVENOR
THE WILDERNESS SOCIETY**

By this notice, defendant-intervenor-applicant The Wilderness Society withdraws from the pending Motion to Intervene filed on February 24, 2017.  Dkt. #5.  This withdrawal does not affect the Motion to Intervene for remaining defendant-intervenor-applicants Soda Mountain

NOTICE OF WITHDRAWAL
(No. 1:17-cv-0280-RJL) - 1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Wilderness Council, Klamath-Siskiyou Wildlands Center, and Oregon Wild.

Dated:  April 6, 2017					Respectfully submitted,

*/s/ Patti A. Goldman*
Patti A. Goldman, DCB # 398565
Kristen L. Boyles, WSBA # 23806
(*Pending Pro Hac Vice Admission*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
Telephone:  (206) 343-7340
pgoldman@earthjustice.org
kboyles@earthjustice.org

Susan Jane M. Brown, OSB #054607
(*Pending Pro Hac Vice Admission*)
Western Environmental Law Center
4107 NE Couch Street
Portland, Oregon  97232
(503) 914-1323

*Attorneys for Defendant-Intervenor-Applicants*

NOTICE OF WITHDRAWAL
(No. 1:17-cv-0280-RJL) - 2

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2017, I electronically filed the foregoing *Notice of Withdrawal of Proposed Defendant-Intervenor The Wilderness Society* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Patti A. Goldman*
Patti A. Goldman

NOTICE OF WITHDRAWAL
(No. 1:17-cv-0280-RJL) - 3

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*