IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF O&C COUNTIES,<br><br>      Plaintiff,<br><br> v.<br><br>DONALD J. TRUMP, UNITED STATES OF AMERICA, KEVIN HAUGRUD, and BUREAU OF LAND MANAGEMENT,<br><br>      Defendants,<br><br>and<br><br>SODA MOUNTAIN WILDERNESS COUNCIL, KLAMATH-SISKIYOU WILDLANDS CENTER, and OREGON WILD,<br><br>      Defendant-Intervenors. | Case No. 1:17-cv-00280-RJL |

**NOTICE OF CHANGE OF ADDRESS**

TO: THE CLERK OF COURT; and

TO: ALL COUNSEL AND PARTIES OF RECORD

  YOU ARE HEREBY NOTIFIED that the address for Kristen L. Boyles and Patti A. Goldman, counsel for Defendant-Intervenors Soda Mountain Wilderness Council, Klamath-Siskiyou Wildlands Center, and Oregon Wild**,** has changed effective immediately to the following:

NOTICE OF CHANGE OF ADDRESS
(No. 1:17-cv-00280-RJL) - 1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

**EARTHJUSTICE**
**810 3rd Avenue, Suite 610**
**Seattle, WA 98104**

The telephone numbers and email addresses will remain the same.

Please ensure that all pleadings and correspondence are directed to the undersigned at the new location, effective immediately.

DATED this 16th day of January, 2020.

Respectfully submitted,

*/s/ Kristen L. Boyles*
Kristen L. Boyles, DCB # WA0004
Patti A. Goldman, DCB # 398565
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Telephone: (206) 343-7340
kboyles@earthjustice.org
pgoldman@earthjustice.org

Susan Jane M. Brown, OSB #054607
Western Environmental Law Center
4107 NE Couch Street
Portland, Oregon  97232
Telephone: (503) 914-1323
sj@loraxlaw.org

*Attorneys for Defendant-Intervenors*

NOTICE OF CHANGE OF ADDRESS
(No. 1:17-cv-00280-RJL) - 2

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, I electronically filed the foregoing *Notice of Change of Address* with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Kristen L. Boyles*
Kristen L. Boyles

NOTICE OF CHANGE OF ADDRESS
(No. 1:17-cv-00280-RJL) - 3

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*